UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

IN THE MATTER OF:

Robert M. Fojo, NH Bar #19792
Date Admitted to USDC Bar: 5/25/2010

DISCIPLINARY PROCEEDINGS
1:21-adr-05-LM

SHOW CAUSE ORDER
DISCIPLINE IMPOSED BY OTHER COURTS

On December 21, 2021, this court received a copy of an order from the New Hampshire Supreme Court immediately suspending Robert M. Fojo from the practice of law in the State of New Hampshire.

Pursuant to the provisions of Local Rule 83.5, DR-3, the respondent-attorney is herewith ordered to show cause, if any, why this court should not impose reciprocal discipline. The response should specifically address the elements listed in DR-3(d) and must be filed within thirty (30) days of the service of this order.

The Clerk is herewith directed to serve upon the respondent-attorney, by certified mail, return receipt requested, a copy of this show cause order and of the order received from the New Hampshire Supreme Court.

SO ORDERED.

Dated: December 23, 2021

_____
Chief Judge Landya B. McCafferty

cc:   Robert M. Fojo
      264 S River Rd, Ste 460
      Bedford, NH 03110