UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

IN THE MATTER OF:

Robert M. Fojo, NH Bar #19792
Date Admitted to USDC Bar: 5/25/2010

DISCIPLINARY PROCEEDINGS
1:21-adr-05-LM

ORDER OF SUSPENSION

Local Rule (LR) 83.5, DR-3(a) states:

Any attorney admitted to practice before this court shall, upon being subjected to public discipline by any other court of the United States or the District of Columbia, or by a court of any state, territory, commonwealth or possession of the United States, promptly inform the clerk of this court of such action.

No such notice was ever received from the respondent-attorney.

This court was informed on December 21, 2021, by way of a certified copy of an order from the New Hampshire Supreme Court, that Robert M. Fojo was suspended from the practice of law in the State of New Hampshire. On December 23, 2021, an order to show cause why reciprocal discipline should not be imposed by this court was issued to the respondent at his address of record with this court and his address of record with the New Hampshire Bar Association. The order was returned to the court.

As the respondent failed to comply with the notice provision of LR 83.5, DR 3(a), and the court has made reasonable attempts to contact him, he is hereby suspended from the practice of law before the United States District Court for the District of New Hampshire. The clerk's office is directed to suspend his Electronic Case Filing account.

SO ORDERED.

Dated: March 21, 2022

_____
Chief Judge Landya B. McCafferty

cc:   U.S Bankruptcy Court for the District of New Hampshire
      U.S. Court of Appeals for the First Circuit
      American Bar Association (data bank)