# UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
55 PLEASANT STREET, ROOM 110
CONCORD, NEW HAMPSHIRE 03301-3941

**OFFICE OF THE CLERK**

Daniel J. Lynch, Clerk of Court
Tracy Uhrin, Chief Deputy Clerk

Telephone: 603-225-1423
Web: www.nhd.uscourts.gov

August 4, 2022

Attorney William C. Saturley
Preti Flaherty Beliveau Pachios LLP
57 N. Main St
PO Box 1318
Concord, NH 03302-1318

Re: Robert M. Fojo, 21-adr-05-LM

Dear Attorney Saturley:

    Following reciprocal discipline proceedings, the United States District Court for the District of New Hampshire suspended Robert M. Fojo on March 21, 2022. On May 23, 2022, this court received a copy of Robert M. Fojo's Affidavit of Resignation from the bar of the State of New Hampshire and a copy of an order from the New Hampshire Supreme Court accepting the resignation.

    You are listed as the attorney of record for Mr. Fojo's proceedings before the New Hampshire Supreme Court. Since our previous correspondence sent to his address of record was returned to the court as undeliverable, we are contacting you regarding your client's resignation from the bar of the State of New Hampshire.

    Rather than immediately issue a show cause order in Mr. Fojo's reciprocal discipline matter, this court will give him the opportunity to resign from the federal bar. Mr. Fojo should respond in writing by September 1, 2022, regarding his decision.

    Please feel free to contact me if any further information or clarification is required.

Sincerely,

*Erin Callahan* (signature)

Erin Callahan
Deputy Clerk, Bar Admissions Coordinator