UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

IN THE MATTER OF:

Robert M. Fojo, NH Bar #19792
Date Admitted to USDC Bar: 5/25/2010

DISCIPLINARY PROCEEDINGS
1:21-adr-05-LM

ORDER OF DISBARMENT

    Following reciprocal discipline proceedings, Robert M. Fojo was suspended from the bar of this court on March 21, 2022. His motion for reinstatement was denied by the New Hampshire Supreme Court on February 25, 2022, and he submitted an affidavit of resignation on April 25, 2022. The New Hampshire Supreme Court accepted Attorney Fojo's resignation on May 18, 2022. On August 4, 2022, this court sent a letter to Attorney Fojo's counsel in the disciplinary proceedings, offering Attorney Fojo the opportunity to voluntarily resign from the bar of the United States District Court for the District of New Hampshire. The court did not receive a response.

    Local Rule 83.5, DR-4 (a), states that any attorney admitted to practice before this court who shall be disbarred on consent or resign from the bar of any other court of the United States or the District of Columbia or from the bar of any state, territory, commonwealth or possession of the United States while an investigation into allegations of misconduct is pending, shall, upon the filing with this court of a certified or exemplified copy of the judgment or order accepting such disbarment on consent or resignation, cease to be permitted to practice before this court and be stricken from the roll of attorneys admitted to practice before this court.

    Pursuant to LR 83.5, DR-4 (a), Robert M. Fojo is hereby disbarred from the practice of law before the United States District Court for the District of New Hampshire.

SO ORDERED.

Dated: January 18, 2023

_____
Chief Judge Landya B. McCafferty

cc:    respondent (c/o William C. Saturley)
       U.S Bankruptcy Court for the District of New Hampshire
       U.S. Court of Appeals for the First Circuit
       American Bar Association (data bank)